**AKIN GUMP STRAUSS HAUER & FELD LLP**
GREGORY W. KNOPP (SBN 237615)
GARY M. MCLAUGHLIN (SBN 217832)
VICTOR A. SALCEDO (SBN 317910)
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067-6022
Telephone: 310.229.1000
Facsimile: 310.229.1001
gknopp@akingump.com
gmclaughlin@akingump.com
vsalcedo@akingump.com

Attorneys for Defendants
Addus Healthcare, Inc. and
Addus HomeCare Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARY MOORE, ALEXANDRIA ENCINIAS, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>ADDUS HEALTHCARE, INC., an unknown business entity; ADDUS HOMECARE, INC., an unknown business entity; and DOES 2 through 100, inclusive,<br><br>Defendants. | Case No. 4:19-CV-01519-HSG<br><br>[Assigned to Hon. Haywood S. Gilliam, Jr.]<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO STRIKE PORTIONS OF DEFENDANTS' AMENDED ANSWER**<br><br>Date Action Filed:    July 11, 2017<br>First Am. Complaint Filed:    March 21, 2019<br>Date Removal Filed:    March 22, 2019 |

# **STIPULATION**

This stipulation is entered into by and among Plaintiffs Mary Moore and Alexandria Encinias (collectively, "Plaintiffs") and Defendants Addus Healthcare, Inc. ("Addus") and Addus HomeCare Corporation ("Addus HomeCare," and erroneously identified in the First Amended Complaint as "Addus HomeCare, Inc.") (collectively, "Defendants"), by and through their respective counsel, in light of the following facts:

1. WHEREAS, Plaintiffs filed their motion to strike portions of Defendants' amended answer to Plaintiffs' first amended complaint on May 3, 2019;

2. WHEREAS, Plaintiffs' motion to strike is set for hearing on August 29, 2019.

3. WHEREAS, Defendants' opposition to Plaintiffs' motion would otherwise be due by May 17, 2019.

4. WHEREAS, Plaintiffs' reply brief would otherwise be due by May 24, 2019.

5. WHEREAS, the parties seek an extension of time to file their respective briefs to provide the parties with an opportunity to meet and confer regarding Defendants amending their answer to Plaintiffs' first amended complaint in order to address the concerns raised in Plaintiffs' motion.

6. WHEREAS, the parties propose a fourteen (14) day extension of Defendants' time to file their opposition and for Plaintiffs' to file their reply to Plaintiffs' motion to strike, to May 31, 2019 and June 7, 2019, respectively.

7. WHEREAS, the requested extension of time for each side to respond does not impact any other dates in this action, including the August 29, 2019 hearing date for Plaintiffs' motion.

///
///
///

2     4:19-CV-01519-HSG

JOINT STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON PLAINTIFFS' MOTION TO STRIKE PORTIONS OF DEFENDANTS' AMENDED ANSWER

8. WHEREAS, this stipulation is made for good cause and not for the purpose of delay.

**IT IS SO STIPULATED.**

Dated:  May 20, 2019         **AKIN GUMP STRAUSS HAUER & FELD LLP**
GREGORY W. KNOPP
GARY M. MCLAUGHLIN
VICTOR A. SALCEDO

By  */s/ Gary M. McLaughlin*
     Gary M. McLaughlin**
     Attorneys for Defendants
     Addus Healthcare, Inc. and
     Addus HomeCare Corporation

Dated:  May 20, 2019         **LAWYERS *for* JUSTICE, PC**
Edwin Aiwazian
Arby Aiwazian
Tara Zabehi

By  */s/ Edwin Aiwazian*
     Edwin Aiwazian
     Attorneys for Plaintiffs
     Mary Moore and Alexandria Encinias

**Pursuant to L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

## ORDER

**IT IS HEREBY ORDERED**, good cause appearing, that:

1. The deadline for Defendants' opposition to Plaintiffs' motion to strike portions of Defendants' amended answer to Plaintiffs' first amended complaint is hereby continued fourteen (14) days and is to be filed by May 31, 2019.

2. The deadline for Plaintiffs' reply to Defendants' opposition to Plaintiffs' motion to strike portions of Defendants' amended answer to Plaintiffs' first amended complaint is hereby continued fourteen (14) days and is to be filed by June 7, 2019.

Dated: May 20, 2019

_____
The Honorable Haywood S. Gilliam, Jr.