**AKIN GUMP STRAUSS HAUER & FELD LLP**
GREGORY W. KNOPP (SBN 237615)
GARY M. MCLAUGHLIN (SBN 217832)
VICTOR A. SALCEDO (SBN 317910)
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067-6022
Telephone: 310.229.1000
Facsimile: 310.229.1001
gknopp@akingump.com
gmclaughlin@akingump.com
vsalcedo@akingump.com

Attorneys for Defendants
Addus Healthcare, Inc. and
Addus HomeCare Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARY MOORE, ALEXANDRIA ENCINIAS, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiffs,<br><br>vs.<br><br>ADDUS HEALTHCARE, INC., an unknown business entity; ADDUS HOMECARE, INC., an unknown business entity; and DOES 2 through 100, inclusive,<br><br>Defendants. | Case No. 4:19-CV-01519-HSG<br><br>[Assigned to Hon. Haywood S. Gilliam, Jr.]<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION TO FILE SECOND AMENDED ANSWER AND [PROPOSED] ORDER**<br><br>Date Action Filed: July 11, 2017<br>First Am. Complaint Filed: March 21, 2019<br>Date Removal Filed: March 22, 2019 |

# STIPULATION

This stipulation is entered into by and among Plaintiffs Mary Moore and Alexandria Encinias (collectively, "Plaintiffs") and Defendants Addus Healthcare, Inc. ("Addus") and Addus HomeCare Corporation ("Addus HomeCare," and erroneously identified in the First Amended Complaint as "Addus HomeCare, Inc.") (collectively, "Defendants"), by and through their respective counsel, in light of the following facts:

1. WHEREAS, on March 21, 2019, Plaintiffs filed a First Amended Complaint in the Superior Court of California, County of Contra Costa, Case No. MSC18-01989 ("FAC");

2. WHEREAS, on March 22, 2019, Defendants filed an Answer to Plaintiffs' FAC;

3. WHEREAS, on April 12, 2019, Defendants filed an Amended Answer to Plaintiffs' FAC;

4. WHEREAS, on May 3, 2019, Plaintiffs filed a motion to strike portions of Defendants' amended answer to Plaintiffs' FAC;

5. WHEREAS, the parties have met and conferred and Defendants have provided Plaintiffs with a copy of the proposed Second Amended Answer ("SAA");

6. WHEREAS, in the interest of judicial economy and for the benefit of all parties, counsel for Plaintiffs and Defendants are willing to stipulate to the filing of the SAA;

7. WHEREAS, upon entry of an Order permitting the filing of the proposed SAA, attached hereto as **Exhibit A**, Defendants will cause the SAA to be filed and served as soon thereafter as practicable, but in no event more than seven (7) days after the Court's entry of an Order permitting said filing.

8. WHEREAS, Plaintiffs' motion to strike will be withdrawn.

///
///
///

1
4:19-CV-01519-HSG
JOINT STIPULATION TO FILE SECOND AMENDED ANSWER AND [PROPOSED] ORDER

9. WHEREAS, this stipulation is made for good cause and not for the purpose of delay.

**IT IS SO STIPULATED.**

Dated: June 7, 2019

**AKIN GUMP STRAUSS HAUER & FELD LLP**
GREGORY W. KNOPP
GARY M. MCLAUGHLIN
VICTOR A. SALCEDO

By  */s/ Gary M. McLaughlin*
Gary M. McLaughlin**
Attorneys for Defendants
Addus Healthcare, Inc. and
Addus HomeCare Corporation

Dated: June 7, 2019

**LAWYERS *for* JUSTICE, PC**
Edwin Aiwazian
Arby Aiwazian
Tara Zabehi

By  */s/ Edwin Aiwazian*
Edwin Aiwazian
Attorneys for Plaintiffs
Mary Moore and Alexandria Encinias

**Pursuant to L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

# ~~[PROPOSED]~~ ORDER

**PURSUANT TO STIPULATION, IT IS SO ORDERED**, good cause appearing, that:

1. The Court hereby grants Defendants' leave to file a Second Amended Answer to Plaintiff's First Amended Complaint. Defendants shall have seven (7) days from the date of this signed Order to file and serve their Second Amended Answer.

2. Plaintiffs shall file and serve a notice of withdrawal of their motion to strike portions of Defendants' amended answer to Plaintiffs' First Amended Complaint as soon as practicable.

Dated: _____June 10_____, 2019

_____
The Honorable Haywood S. Gilliam, Jr.