| | |
|---|---|
| 1<br>2<br>3<br>4<br>5<br>6 | **AKIN GUMP STRAUSS HAUER & FELD LLP**<br>GREGORY W. KNOPP (SBN 237615)<br>GARY M. MCLAUGHLIN (SBN 217832)<br>VICTOR A. SALCEDO (SBN 317910)<br>1999 Avenue of the Stars, Suite 600<br>Los Angeles, CA 90067-6022<br>Telephone:    310.229.1000<br>Facsimile:     310.229.1001<br>gknopp@akingump.com<br>gmclaughlin@akingump.com<br>vsalcedo@akingump.com |
| 7<br>8 | Attorneys for Defendants<br>Addus Healthcare, Inc. and<br>Addus HomeCare Corporation |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARY MOORE, ALEXANDRIA ENCINIAS, individually, and on behalf of other members of the general public similarly situated;<br><br>    Plaintiffs,<br><br>vs.<br><br>ADDUS HEALTHCARE, INC., an unknown business entity; ADDUS HOMECARE, INC., an unknown business entity; and DOES 2 through 100, inclusive,<br><br>    Defendants. | Case No. 4:19-CV-01519-HSG<br><br>[Assigned to Hon. Haywood S. Gilliam, Jr.]<br><br>**CLASS ACTION**<br><br>**DEFENDANTS' REQUEST TO APPEAR BY TELEPHONE AT INITIAL CASE MANAGEMENT CONFERENCE, AND ORDER**<br><br>Date:    August 8, 2019<br>Time:    2:00 p.m.<br>Location:    Courtroom 2, 4th Floor<br>        1301 Clay Street, Oakland, CA<br><br>Date Action Filed:    July 11, 2017<br>First Am. Complaint Filed:    March 21, 2019<br>Date Removal Filed:    March 22, 2019 |

**TO THIS HONORABLE COURT:**

Counsel for defendants Addus Healthcare, Inc. and Addus HomeCare Corporation (Gary McLaughlin) respectfully requests permission to appear by telephone at the initial case management conference. Mr. McLaughlin had planned to appear in person at the combined hearing on plaintiff's motion to remand and the initial case management conference. However, in light of the Court's ruling this morning denying plaintiffs' motion for remand without oral argument, it would be more efficient to attend the case management conference telephonically.

Dated: August 7, 2019

**AKIN GUMP STRAUSS HAUER & FELD LLP**
GREGORY W. KNOPP
GARY M. MCLAUGHLIN
VICTOR A. SALCEDO

By  */s/ Gary M. McLaughlin*
Gary M/ McLaughlin
Attorneys for Defendants
Addus Healthcare, Inc. and
Addus HomeCare Corporation

# ORDER

This Court hereby orders as follows:

Counsel for defendants Addus Healthcare, Inc. and Addus HomeCare Corporation (Gary McLaughlin) may appear by telephone at the initial case management conference scheduled for August 8, 2019, at 2:00 p.m. in Courtroom 2. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

**IT IS ORDERED.**

Dated: 8/8/2019

_____
Hon. Haywood S. Gilliam, Judge
United States District Court