**AKIN GUMP STRAUSS HAUER & FELD LLP**
GREGORY W. KNOPP (SBN 237615)
GARY M. MCLAUGHLIN (SBN 217832)
VICTOR A. SALCEDO (SBN 317910)
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067-6022
Telephone: 310.229.1000
Facsimile: 310.229.1001
gknopp@akingump.com
gmclaughlin@akingump.com
vsalcedo@akingump.com

Attorneys for Defendants
Addus HealthCare, Inc. and
Addus HomeCare Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| MARY MOORE, individually, and on behalf of other members of the general public similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>ADDUS HEALTHCARE, INC., an unknown business entity; ADDUS HOMECARE, INC., an unknown business entity; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 4:19-CV-01519-HSG<br><br>[Assigned to Hon. Haywood S. Gilliam, Jr.]<br><br>**CLASS ACTION**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE AND HEARING DATE ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, AND NON-EXPERT DISCOVERY CUT-OFF**<br><br>Date Action Filed: July 11, 2017<br>First Am. Complaint Filed: March 21, 2019<br>Date Removal Filed: March 22, 2019 |

# STIPULATION

This stipulation is entered into by and among Plaintiff Mary Moore ("Plaintiff") and Defendants Addus HealthCare, Inc. ("Addus") and Addus HomeCare Corporation ("Addus HomeCare," and erroneously identified in the First Amended Complaint as "Addus HomeCare, Inc.") (collectively, "Defendants"), by and through their respective counsel, in light of the following facts:

1. WHEREAS, Plaintiff filed her motion for class certification on March 12, 2020, pursuant to the Court's August 27, 2019 Order setting a class certification briefing and hearing schedule;

2. WHEREAS, pursuant to the Court's August 27, 2019 Order, Plaintiff's motion for class certification is set for hearing on May 21, 2020;

3. WHEREAS, pursuant to the Court's August 27, 2019 Order, Defendants' opposition to Plaintiff's motion would otherwise be due by April 16, 2020;

4. WHEREAS, pursuant to the Court's August 27, 2019 Order, Plaintiff's reply brief would otherwise be due by May 7, 2020;

5. WHEREAS, pursuant to the Court's August 27, 2019 Order, the non-expert discovery cut-off is May 14, 2020;

6. WHEREAS, Defendants were scheduled to take the deposition of named plaintiff and proposed class representative Mary Moore on March 26, 2020 in Sacramento, California, the county where Ms. Moore resides;

7. WHEREAS, on March 17, 2020, Sacramento County urged compliance with Governor Gavin Newsom's directives to address the need to slow down the spread of COVID-19, which prohibited all gatherings of any size;

8. WHEREAS, on March 19, 2020, Governor Newsom issued a stay at home order to slow the spread of COVID-19, which ordered all individuals living in California to stay at home;

2
4:19-CV-01519-HSG
JOINT STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING SCHEDULE AND HEARING DATE ON PLAINTIFF'S MOTION FOR CLASS CERTIFICATION, AND NON-EXPERT DISCOVERY CUT-OFF

9. WHEREAS, the parties agree that an in-person deposition is not feasible at this time, and Plaintiff's counsel does not believe that a remote deposition would allow them to properly prepare for and conduct the deposition. Further, Plaintiff works in the healthcare industry, which presents further challenges to scheduling her deposition at this time;

10. WHEREAS, Defendants will need Plaintiff's deposition in order to properly respond to the motion for class certification;

11. WHEREAS, in light of current circumstances surrounding COVID-19 and their impact on Defendants' ability to take Plaintiff's deposition at this time, the parties request a six-week extension of Defendants' time to file their opposition to Plaintiff's motion for class certification, for Plaintiff's to file her reply, and the hearing date for Plaintiff's motion, to May 28, 2020, June 18, 2020, and July 2, 2020 (or as soon thereafter as the Court's calendar permits), respectively;

12. WHEREAS, should the Court continue the deadline for Defendants' opposition to Plaintiff's motion for class certification from April 16, 2020 to May 28, 2020, the parties also request a six-week extension of the non-expert discovery cut-off, from May 14, 2020 to June 25, 2020. This extension is necessary to permit Plaintiff the opportunity to take the depositions of any witnesses who have submitted declarations in support of Defendants' opposition to Plaintiff's motion for class certification, or any other discovery necessary to prepare Plaintiff's reply brief. If this Court were to continue Defendants' opposition deadline to May 28 but not continue the May 14 non-expert discovery cut-off, Plaintiff would not have the opportunity to review Defendants' opposition and determine what additional discovery is needed to prepare her reply brief;

//
//

1  13. WHEREAS, if circumstances have not changed after six weeks, the parties
2  will re-evaluate whether a further continuance should be requested;
3  14. WHEREAS, this stipulation is made for good cause and not for the purpose
4  of delay.

**IT IS SO STIPULATED.**

Dated: March 25, 2020    **AKIN GUMP STRAUSS HAUER & FELD LLP**

By ___*/s/ Gary M. McLaughlin*___
Gary M. McLaughlin**
Attorneys for Defendants
Addus HealthCare, Inc. and
Addus HomeCare Corporation

Dated: March 25, 2020    **MARLIN & SALTZMAN, PC**
**LAWYERS *for* JUSTICE, PC**

By ___*/s/ Tatiana Avakian*___
Tatiana Avakian
Attorneys for Plaintiff
Mary Moore

**Pursuant to L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories.

# [~~PROPOSED~~] ORDER

**IT IS HEREBY ORDERED**, good cause appearing, that:

1. The deadline for Defendants' opposition to Plaintiff's motion for class certification is hereby continued six (6) weeks and is to be filed by May 28, 2020.

2. The deadline for Plaintiff's reply to Defendants' opposition to Plaintiff's motion for class certification is hereby continued six (6) weeks and is to be filed by June 18, 2020.

3. The hearing date for Plaintiff's motion for class certification is hereby continued from May 21, 2020 to July 2, 2020 at 2:000 p.m.

4. The non-expert discovery cut-off is hereby continued from May 14, 2020 to June 25, 2020.

Dated: _____3/26/2020_____            _____
                                      The Honorable Haywood S. Gilliam, Jr.