UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARY MOORE,<br><br>            Plaintiff,<br><br>      v.<br><br>ADDUS HEALTHCARE, INC., et al.,<br><br>            Defendants. | Case No. 19-cv-01519-HSG<br><br>**ORDER DIRECTING SUPPLEMENTAL FILING IN SUPPORT OF MOTION FOR CLASS CERTIFICATION**<br><br>Re: Dkt. No. 72 |

Plaintiff Mary Moore's motion for class certification is pending. *See* Dkt. No. 72 ("Mot."), 81 ("Opp."), 82 ("Reply"). Plaintiff's "proposed class consists of administrative employees (such as service coordinators, payroll coordinators and office assistants) and direct care workers." Mot. at 9. The Court **DIRECTS** Plaintiff to submit a supplemental filing detailing how many service coordinators she claims are putative class members and identifying any support in the record for the asserted number. To the extent Plaintiff's counsel makes averments of fact, those should be made in a declaration by either counsel or another person with knowledge as to this issue. The filing must not repeat arguments already made in the motion, and is limited to this narrow issue. Plaintiff shall file a supplemental filing of five pages or less by February 25. No response or other further filing is permitted unless ordered by the Court.

**IT IS SO ORDERED.**

Dated: 2/19/2021

HAYWOOD S. GILLIAM, JR.
United States District Judge